AHRENS, Respondent, *v.* METROPOLITAN EL. RY. CO. *et al.*, Appellants.

(*Superior Court of New York City, General Term.* May 2, 1892.)

Appeal from judgment on report of referee.

Action by John E. Ahrens against the Metropolitan Elevated Railway Company and another for injunction and damages.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

*Davies & Rapallo* and *J. S. Wood,* for appellants. *Sackett & Bennett,* for respondent.

McADAM, J. The evidence satisfactorily sustains the findings of the referee both as to past damages and value of the easements. We find no error in the rulings, and the principles of law applicable require that the judgment appealed from be affirmed, with costs.

---

BURGGRAF *et al.*, Respondents, *v.* METROPOLITAN EL. RY. CO. *et al.*, Appellants.

(*Superior Court of New York City, General Term.* May 2, 1892.)

Appeal from judgment on report of referee.

Action by Eliza A. Burggraf and another against the Metropolitan Elevated Railway Company and another.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

*Davies & Rapallo,* for appellants. *Sackett & Bennett,* for respondents.

PER CURIAM. The judgment should be modified by requiring the plaintiffs, at the time of the delivery of their deed, as in said judgment provided, to also deliver to the defendants a release of the property, duly executed by the mortgagee of the premises mentioned in the forty-eighth finding of fact, and, as thus modified, it should be affirmed, without costs to either party on this appeal.